**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RED BULL ARENA, INC.,

Plaintiff,

v.

NVRDUL EVENTS, LLC,

Defendant.

Case No. 1:26-cv-06577-KPF

**NOTICE OF APPEARANCE**

I, John W. Breig, Jr., admitted to practice in this court, hereby enter my appearance on behalf of Plaintiff Red Bull Arena Inc.

**TAFT STETTINIUS & HOLLISTER LLP**

By: /s/ *John W. Breig, Jr.*

John W. Breig, Jr.
200 Public Square, Suite 3500
Cleveland, Ohio 44114
Tel: (216) 241-2838
Fax: 216-241-3707
Email: jbreig@taftlaw.com
*One of the attorneys for Plaintiff Red Bull Arena, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, a true and correct copy of the foregoing was filed electronically with the Court and served on all counsel of record via the Court's Electronic Filing System.

/s/ *John W. Breig, Jr.*
John W. Breig, Jr.