Taft/

1155 Avenue of the Americas, Suite 2400
New York, NY 10036
Tel: 649.914.1066 | Fax: 646.710.5247
taftlaw.com

**Justin Klein**
646.914.1074
Justin.Klein@taftlaw.com

October 6, 2026

**ELECTRONIC FILING**
**VIA E-MAIL**

Hon. Katherine Polk Failla
United States District Court Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

**Re: *Red Bull Arena, Inc. v. NVRDUL Events, LLC*; Case No. 1:26-cv-6577**
**Letter Motion to Adjourn Initial Pretrial Conference**

Dear Judge Failla:

Pursuant to the Court's Individual Rules of Practice in Civil Cases, Plaintiff Red Bull Arena, Inc. ("RBA") and Defendant NVRDUL Events, LLC ("NVRDUL") hereby request an adjournment of the Initial Pretrial Conference currently scheduled for October 15. 2026.

As the Court is aware, the parties recently stipulated, and the Court ordered, an extension of time for NVRDUL to file an amended response to RBA's Complaint. *See* ECF Docket #16. Under the Stipulation and Order, NVRDUL shall file an amended response to Plaintiffs Complaint (the Amended Pleading) on or before October 15, 2026 and RBA shall answer, move, or otherwise respond to the Amended Pleading on or before November 5, 2026.

Based on the above extension of time for the parties to file additional pleadings, the parties request an adjournment of the Initial Pretrial Conference currently scheduled for October 15. 2026.

Sincerely,

**TAFT STETTINIUS & HOLLISTER LLP**

By: *<u>/s/ Justin E. Klein</u>*______________
Justin E. Klein, Esq.
1155 Avenue of the Americas, Suite 2400
New York, NY 10036
Tel: (646) 914-1074
Email: justin.klein@taftlaw.com
*Attorneys for Plaintiff Red Bull Arena, Inc.*

Joined by:

**FOX ROTHSCHILD LLP**
*<u>/s/ Elizabeth C. Viele</u>*______________
Elizabeth C. Viele, Esq.
101 Park Avenue, 17th Floor
New York, NY 10178
Tel: (212) 878-7968
Email: eviele@foxrothschild.com
*Attorneys for Defendant NVRDUL Events, LLC*